# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| LUCIANNE M. WALKOWICZ, | ) | COMPLAINT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| AMERICAN GIRL, INC., AMERICAN GIRL | ) | |
| BRANDS, LLC, and MATTEL, INC. | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## COMPLAINT

NOW COMES the PLAINTIFF LUCIANNE M. WALKOWICZ ("Plaintiff" or "Dr. Walkowicz" or "Lucianne"), by and through her attorneys, Mudd Law Offices, and complains of DEFENDANTS AMERICAN GIRL, INC., AMERICAN GIRL BRANDS, LLC, and MATTEL, INC. (collectively, "Defendants"), and states as follows:

## NATURE OF ACTION

1.      This is an action for the violation of right of publicity, false designation of origin in violation of 15 U.S.C. § 1125(a), unfair competition, and related claims.

2.      By this action, Dr. Walkowicz seeks compensatory damages, punitive damages, statutory damages, reasonable attorney's fees and costs, injunctive relief, and all other relief to which she may be entitled as a matter of law.

## PARTIES

3.      Dr. Walkowicz is a citizen of the State of Illinois and a resident of Cook County, Illinois.

4.      American Girl, Inc. is a Delaware corporation with its principal place of business in Middleton, Wisconsin.

1

5.      American Girl Brands, LLC is a Delaware corporation with its principal place of business in Middleton, Wisconsin.

6.      Mattel, Inc. is a California corporation with its principal place of business in El Segundo, California.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over the subject matter of the Plaintiff's claims under 15 U.S.C. § 1125, as well as 28 U.S.C. §§ 1331 and 1338(a).

8.      This Court also has jurisdiction over the subject matter of the Plaintiff's claims pursuant to 28 U.S.C. § 1332 as (a) the Plaintiff and the Defendants are citizens of different states and (b) the amount in controversy exceeds $75,000.00.

9.      Defendants American Girl, Inc. and American Girl Brands, LLC (collectively, "American Girl") operate in and sell products within the State of Wisconsin.

10.     Defendant Mattel purchased American Girl and operates American Girl as subsidiaries in the State of Wisconsin.

11.     Defendant Mattel sells products within the State of Wisconsin.

12.     This Court may exercise personal jurisdiction over the Defendants because they have sufficient contacts with Wisconsin for this Court to exercise general personal jurisdiction over them and/or have engaged in specific conduct relating to the Plaintiff in this jurisdiction sufficient for this Court to exercise specific personal jurisdiction over them.

13.     Venue in this district is proper pursuant to 28 U.S.C. § 1391 because (a) the Defendants American Girl operate within this district and (b) a substantial part of the events or omissions giving rise to the claim occurred in this district.

14.     The Defendants engaged in intentional conduct that has harmed the Plaintiff.

15.     The Plaintiff has been injured by the Defendants' conduct and has suffered

damages resulting therefrom in an amount greater than $75,000.00.

## FACTUAL BACKGROUND

16.     Dr. Lucianne Walkowicz is an astronomer and TED Senior Fellow at the Adler

Planetarium.

17.     Lucianne has spent much of her career involved with the NASA Kepler mission.

18.     A significant component of the NASA Kepler mission involves studying the

constellation Lyra at its center.

19.     At the center of Lyra, Vega sits as the brightest star in the constellation.

20.     Over the course of her career, Lucianne has discussed Vega numerous times.

21.     In July 2011, Lucianne presented a TED talk in Scotland on "Finding Planets

Around Other Stars."

22.     This TED talk has been viewed at least 1.2 million times on the TED website.

23.     On September 29, 2014, an advertisement appeared in the Wisconsin State

Journal announcing Lucianne's visit to Monona Terrace as a TED speaker in relation to the

Kepler mission.

24.     On September 30, 2014, Lucianne presented a lecture at Monona Terrace in

Madison, Wisconsin.

25.     The introduction to the Lecture read:

"It's really the starlight that sets the stage for the formation of life in the
universe," says astrophysicist and TED Fellow Lucianne Walkowicz.  She credits
the tiny dimming as a planet passes in front of its sun that is key to finding planets
– even habitable planets – around other stars.  Walkowicz and the Kepler mission
have found some 1,200 potential planetary systems.  With new techniques, they
may even find ones with the right conditions for life.  Come hear Walkowicz's
latest discoveries in this clear and interactive talk.

Speaker bio: Lucianne Walkowicz is a lifelong explorer who has been part of several space missions, including the Hubble Space Telescope and NASA's Kepler Mission, and is a leader in the future Large Synoptic Survey Telescope. Walkowicz holds a B.S. in Physics from Johns Hopkins University, a M.S. and Ph. D. from University of Washington, and was a fellow at UC Berkeley before becoming a Henry Norris Russell Fellow at Princeton University.  She is a 2013 TED Senior Fellow, a 2011 National Academy of Sciences Kavli Fellow, and has been internationally recognized for her advocacy for conservation of dark night skies.

26.     In March 2015, Lucianne presented a TED talk entitled "Let's Not Use Mars as a Backup Planet."

27.     Lucianne's Mars TED talk has been viewed at least 2.2 million times on the TED website.



28.     On April 12, 2016, Lucianne served as a panelist for the TED article entitled "4 Big Questions About the Race to Mars."

29.     On October 10, 2016, Lucianne participated as an expert in a day of space activities at the University of Wisconsin Space Place in Madison, Wisconsin.

30.     During Lucianne's time at the University of Wisconsin Space Place, many parents and teachers participated in astronomy activities led by Lucianne.

31.     On October 11, 2016, Lucianne, as a representative of the Adler planetarium, presented at public science outreach events in Trempleau, Wisconsin as well as LaCrosse, Wisconsin.

32.     On October 13, 2016, Lucianne, together with other leading innovators in the world, participated in the White House Frontiers Conference in Pittsburgh, Pennsylvania.

33.     In July 2017, the United States Library of Congress named Lucianne its Astrobiology Chair at the Kluge Center.

### Lucianne and Mars

34.     Lucianne has long been affiliated with Mars.

35.     In March 2015, Lucianne presented a TED talk entitled "Let's Not Use Mars as a Backup Planet."

36.     On April 12, 2016, Lucianne served as a panelist for the TED article entitled "4 Big Questions About the Race to Mars."

37.     Lucianne has studied and continues to study the ethics of Mars exploration.

38.     Indeed, the July 2017 Library of Congress announcement clearly identified Lucianne as studying the ethics of Mars exploration.

39.     The announcement also indicated that Lucianne would work on a project titled "Fear of a Green Planet: Inclusive Systems of Thought for Human Exploration of Mars."

40.     In 2018, Lucianne appeared in National Geographic's docudrama "Mars."

### Lucianne and Vega

41.     Lucianne has long been affiliated with Vega.

42.     Vega is the brightest star in the constellation of Lyra and sits at Lyra's center.

43.     Over the course of her career, Lucianne has devoted considerable research to the constellation Lyra.

44.     She has publicly discussed Vega numerous times.

### Distinctive Dress, Look, and Style

45.     Over the course of her career, Lucianne adopted unique dress, look, and style.

46.     In particular, she styled her dark hair with a purple streak on the right side.

47.     She also regularly dressed in distinctive holographic shoes.

### American Girl Access and Knowledge

48.     The American Girl headquarters is approximately 8 miles from Monona Terrace Community and Convention Center ("Monona Terrace").

49.     Upon information and belief, many American Girl employees live within the vicinity of Monona Terrace.

50.     Among these, Rebecca DeKuiper ("DeKeuiper"), a Lead Designer of the "Girl of the Year" brand for American Girl, purchased residential property less than three miles from the Monona convention center in 2013.

51.     At the time Lucianne provided her well-publicized TED talk at the Monona convention center, DeKuiper owned a residence less than three miles from Monona Terrace.

52.     In fact, DeKuiper owned this property less than three miles from Monona Terrace until June 2018.

53.     Upon information and belief, DeKuiper and other American Girl employees attended Lucianne's well-publicized TED talk at the Monona Terrace.

54.     On October 7, 2016, American Girl Brands, LLC, executed a contract with NASA to consult on the accuracy of its dolls.

55.     On October 13, 2016, Ellen Stofan, a NASA doll consultant, attended the White House Frontiers Conference in Pittsburgh, Pennsylvania where Lucianne participated.

56.     On November 23, 2016, American Girl filed for the "Luciana" trademark.

57.     On April 11, 2017, the United States Patent and Trademark Office published the "Luciana" mark for opposition.

58.     On January 3, 2018, American Girl first used the "Luciana" mark in commerce.

59.     On March 13, 2018, the USPTO granted American Girl a registration for the "Luciana" mark.

<strong>"Luciana Vega"</strong>

60.     In 2018, American Girl launched the Luciana Vega doll.



61.     The Luciana Vega doll appeared on the cover of American Girl's January/February 2018 catalog.

62.     The January/February 2018 catalog also featured the doll, a related book,  and accessories across several pages.

63.   Luciana Vega has dark hair with a purple hair streak on the right side of her face.



64.   Plaintiff styled her dark hair with a purple streak on the right side of her face prior

to the doll's release.

65.   In describing Luciana Vega, American Girl states:

With a dream of becoming the first astronaut on Mars, Luciana Vega is excited
for the chance to attend space training. But is she ready for the challenges—both
physical and mental—that await?

Luciana's adventures start off at Space Camp, where she learns that a love of
science isn't enough to lead a team to success—being a dependable partner is just
as important. Luciana takes this lesson to a youth astronaut training camp, but
during an underwater simulation, a crisis creates new fears she must conquer.
Then, at the invitation of a friend, Luciana gets to visit a Mars habitat in the
desert. But the friendship is tested when things don't go as planned.

Join Luciana on her quest to reach Mars—and watch how she grows smarter and
stronger along the way.

66.   Advertisements for the Luciana Vega doll use a quote from Dr. Ellen Stofan, the

NASA doll consultant who attended the White House Frontiers Conference in Pittsburgh,

Pennsylvania at which Lucianne spoke.

67.     Among accessories for Luciana Vega, American Girl provides a "Telescope Projector Set" (SKU#: FMC79):



68.     Among accessories for Luciana Vega, American Girl provides a "Mars Habitat" (SKU#: FMC80):



69.     Luciana Vega wears silver holographic shoes similar to holographic shoes worn by Lucianne.

70.     Here, the Defendants used the name and likeness of Lucianne, a well-known figure in astronomy, space, and STEM, who particularly has studied the star Vega, in conjunction with the American Girl Doll Luciana Vega without obtaining her authorization.

71.     In fact, again, the Defendants incorporated the same color hair streak, shoes, and style of Lucianne in the Luciana Vega doll.

### Consistent Theme

72.     The Defendants' conduct reflects a consistent pattern and theme.

73.     The Defendants have used the names and likenesses of other well-known individuals without apparent authorization.

74.     For instance, in 2017, Defendants used the likeness of a county music superstar for their Girl of the Year doll, Tenney Grant, which is sold with a guitar labeled with the brand name Taylor.

75.     The author of Tenney's Journal sold with the Tenney Grant doll also published a biography of Taylor Swift.

76.     Tenney Grant accessories include dresses much like those Taylor Swift has worn in public concerts.

## COUNT ONE

## AS AND FOR A FIRST CAUSE OF ACTION

## VIOLATION OF RIGHT OF PRIVACY

## WISCONSIN STATUTE 995.50

77.     The Plaintiff incorporates paragraphs 1 through 76 above in this First Count as though fully set forth herein.

78.     Lucianne is a living individual.

79.     At some point prior to 2018, the Defendants came to learn of Lucianne, her profession, and her research and work in astronomy, space, and STEM.

80.     The Defendants decided to model an American Girl doll on an individual involved in astronomy, space, and STEM.

81.     The Defendants created the Luciana Vega American Girl doll as one involved in astronomy, space, and STEM.

82.     The Defendants used Lucianne's name and profession in the creation of the Luciana Vega American Girl doll.

83.     Beyond Lucianne's name and profession, the Defendants used Lucianne's likeness including, but not limited to, her uniquely colored hair and unique holographic styled shoes.

84.     The Defendants then began to sell the Luciana Vega American Girl doll.

85.     The Defendants used Lucianne's name in the sale of their Luciana Vega doll.

86.     The Defendants used Lucianne's name in the advertising and sale of their Luciana Vega doll.

87.     The Defendants used Lucianne's name in the sale of their Luciana Vega doll accessories.

88.     The Defendants used Lucianne's name in the advertising and sale of their Luciana Vega doll accessories.

89.     The Defendants used Lucianne's likeness in the sale of their Luciana Vega doll.

90.     The Defendants used Lucianne's likeness in the advertising and sale of their Luciana Vega doll.

91.     The Defendants used Lucianne's likeness in the sale of their Luciana Vega doll accessories.

92.     The Defendants used Lucianne's likeness in the advertising and sale of their Luciana Vega doll accessories.

93.     The Defendants knew they used Lucianne's name and likeness.

94.     The Defendants did not obtain Lucianne's consent to use her name or likeness.

95.     Consequently, the Defendants used Lucianne's name or likeness without her consent.

96.     Based on the foregoing, the Defendants violated Lucianne's right of privacy under the State of Wisconsin's Right of Privacy statute.

97.     WHEREFORE, the Plaintiff seeks an award of (a) compensatory damages arising from the Defendants violation of Lucianne's right to privacy; (b) attorney's fees; and (c) any such other and further relief as this Court may deem just and proper or to which Lucianne may be entitled as a matter of law and equity.

## COUNT TWO

## AS AND FOR A SECOND CAUSE OF ACTION

## VIOLATION OF LANHAM ACT

## 15 U.S.C. § 1125

98.     The Plaintiff incorporates paragraphs 1 through 76 above in this Second Count as though fully set forth herein.

99.     The Defendants have used Lucianne's name in the sale and promotion of the Luciana Vega doll and accessories.

100.    The Defendants have used Lucianne's likeness in the sale and promotion of the Luciana Vega doll and accessories.

101.    The Defendants have used Lucianne's name and likeness in the licensing of any intellectual property associated with the Luciana Vega doll.

102.    The Defendants used Lucianne's name and likeness without her consent.

103.    The Defendants used Lucianne's name and likeness in commerce.

104.    The Defendants used Lucianne's name and likeness in connection with the sale of goods, namely the Luciana Vega doll and accessories.

105.    The Defendants holds no valid mark to Luciana.

106.    The Defendants hold no valid mark to Luciana Vega.

107.    In their trademark applications for the marks "Luciana" and "Luciana Vega," the Defendants did not disclose that they based the marks on a particular living person.

108.    In their trademark applications for the marks "Luciana" and "Luciana Vega," the Defendants did not disclose that they based the marks on Lucianne.

109. Because the marks Luciana and Luciana Vega are used in conjunction with a doll that portrays Lucianne, and because the marks utilize a diminutive version of Lucianne's name together with the name of a star that is the subject of her research, the marks do identify a particular living individual.

110. Had they properly disclosed such information, the Defendants would have had to file a signed, written consent from Lucianne to register the marks.

111. Thus, the marks "Luciana" Reg. No. 5424449 and "Luciana Vega" Reg. No. 5493072 are invalid due to the Defendants' misrepresentations to the United States Patent and Trademark Office that the marks are not based on and do not identify a particular living individual.

112. The Defendants' use of Lucianne's name and likeness has caused confusion as to the affiliation, connection, or association of Lucianne with the origin, sponsorship, endorsement, and approval of the Luciana Vega doll and accessories.

113. The Defendants' conduct has harmed Lucianne in a commercial context and with respect to a commercial interest in sales and licensing of her name and likeness.

114. Lucianne's loss of commercial interest in an applicable percentage of revenue from the sales of the Luciana Vega doll and accessories are proximately caused by the Defendants' conduct.

115. Lucianne's loss of commercial interest in a license fee for the use of her name and likeness in the sales of the Luciana Vega doll and accessories are proximately caused by the Defendants' conduct.

116.    Additionally, the unauthorized use of Lucianne's name and likeness dilute the value of Lucianne's name and any competing product lines that she might legitimately endorse, an action well within her rights.

117.    Based on the foregoing, the Defendants violated 15 U.S.C. § 1125(a).

118.    WHEREFORE, the Plaintiff seeks an award of (a) compensatory damages arising from the Defendants' violation of 15 U.S.C. § 1125(a); (b) attorney's fees; (c) an accounting; (d) cancellation of Defendants' invalid marks Luciana and Luciana Vega; and (e) any such other and further relief as this Court may deem just and proper or to which Lucianne may be entitled as a matter of law and equity.

## COUNT THREE

## AS AND FOR A THIRD CAUSE OF ACTION

## NEGLIGENCE

119.    The Plaintiff incorporates paragraphs 1 through 76 above in this Third Count as though fully set forth herein.

120.    The Defendants had a duty to refrain from using another person's name and likeness in their commercial products.

121.    By using Lucianne's name and likeness in commercial products, the Defendants breached this duty.

122.    The Defendants' breach of this duty proximately caused Lucianne to suffer damages.

123.    WHEREFORE, the Plaintiff seeks an award of compensatory damages arising from the Defendants' negligence and any such other and further relief as this Court may deem just and proper or to which Lucianne may be entitled as a matter of law and equity.

15

## GENERAL

124.    Where conditions precedent are alleged, the Plaintiff avers that all conditions precedent have been performed or have occurred.

125.    The Plaintiff demands a jury trial.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF LUCIANNE M. WALKOWICZ accordingly and respectfully prays for judgment against DEFENDANTS AMERICAN GIRL, INC., AMERICAN GIRL, LLC, AND MATTEL, INC. as follows:

1.    That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded compensatory damages in an amount to be determined at trial;

2.    That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded punitive damages in an amount to be determined at trial;

3.    That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded statutory damages in an amount to be determined at trial;

4.    That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded her reasonable attorney's fees and costs; and,

5.    That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded injunctive relief to the cancellation of marks Luciana and Luciana Vega; and

6.    The PLAINTIFF LUCIANNE M. WALKOWICZ be awarded injunctive relief to cease and desist all sales of the Luciana Vega dolls and accessories

7.    The PLAINTIFF LUCIANNE M. WALKOWICZ be awarded injunctive relief to cease and desist any licensing of the Luciana and Luciana Vega marks; and

8.   That PLAINTIFF LUCIANNE M. WALKOWICZ be awarded any such other and

further relief as this Court may deem just and proper or to which Plaintiff may be

entitled as a matter of law and equity.


Dated:  March 12, 2020             PLAINTIFF,
     Chicago, Illinois              LUCIANNE M. WALKOWICZ,

                       /s/ Charles Lee Mudd Jr.
                       By: One of Her Attorneys
                       Charles Lee Mudd Jr.
                       MUDD LAW OFFICES
                       411 South Sangamon Street
                       Suite 1B
                       Chicago, Illinois 60607
                       312.964.5051 Telephone
                       773.588.5440 Facsimile
                       clm@muddlaw.com

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| LUCIANNE M. WALKOWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | |
| AMERICAN GIRL, INC., AMERICAN GIRL | ) | |
| BRANDS, LLC, and MATTEL, INC. | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## JURY DEMAND

PLAINTIFF LUCIANNE M. WALKOWICZ demands trial by jury.

/s/Charles Lee Mudd Jr.
Charles Lee Mudd Jr.

18