# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LUCIANNE M. WALKOWICZ, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>AMERICAN GIRL, LLC, AMERICAN GIRL )<br>BRANDS, LLC, and MATTEL, INC., )<br>)<br>  Defendants. ) | Case No. 3:20-cv-00374-jdp |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lucianne M. Walkowicz, and Defendants American Girl, LLC, American Girl Brands, LLC and Mattel, Inc., by and between their respective undersigned counsel hereby stipulated and agreed, that all claims and defenses in this action shall be dismissed with prejudice with all parties to bear their own fees and costs. The litigation has been resolved pursuant to a mutual release in which no monetary payment has been exchanged.

**[SIGNATURE PAGE FOLLOWS]**

1

QB\68171081.1

**So Stipulated on May 4, 2021:**

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANTS: |
|---|---|
| */s/ Charles Lee Mudd Jr.* | */s/ Johanna M. Wilbert* |
| Charles Lee Mudd, Jr. | Kristin Graham Noel |
| Katie Sunstrom | Lori S. Meddings |
| Aimee Clare | Bryce A. Loken |
| MUDD LAW OFFICES | QUARLES & BRADY LLP |
| 411 S. Sangamon Street | 33 East Main Street, Suite 900 |
| 1B | Madison, WI  53703 |
| Chicago, Illinois 60607 | Telephone:  (608) 251-5000 |
| 312.964.5051 (Telephone) | Fascimile:  (608) 251-9166 |
| 773.588.5440 (Facsimile) | kristin.noel@quarels.com |
| clm@muddlaw.com | lori.meddings@quarles.com |
| kaite@muddlaw.com | Bryce.loken@quarles.com |
| aimee@muddlaw.com | |
| | Johanna M. Wilbert |
| | Katelin V. Drass |
| | QUARLES & BRADY LLP |
| | 411 E Wisconsin Avenue |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 277-5000 |
| | Facsimile: (414) 271-3552 |
| | johanna.wilbert@quarles.com |
| | katelin.drass@quarles.com |

QB\68171081.1